**UNITED STATES of America ex rel. Vincenzo FERRERO, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION, Ellis Island, New York Harbor, Respondent-Appellee.** *

No. 103.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Carol King, of New York City (Isaac Shorr, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (William F. Young, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed.

**UNITED STATES of America ex rel. Samuel SHIEKMAN, Appellant, v. Joseph B. REING, United States Marshal, Eastern District of Pennsylvania, Appellee.**

No. 6166.

Circuit Court of Appeals, Third Circuit.

Nov. 24, 1936.

Maurice S. Levy and David S. Malis, both of Philadelphia, Pa., for appellant.

Edward A. Kallick, Asst. U. S. Atty., and Charles D. McAvoy, U. S. Atty., both of Philadelphia, Pa. (David V. Cahill, Sp. Asst. to Atty. Gen., and Blair M. Ilderton, of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

In this case it appears a United States commissioner, after hearing, made an order to remove Samuel Shiekman to the District of New Jersey for trial on an indictment there found. Thereupon Shiekman sued out a writ of habeas corpus. On hearing, the District Court discharged the writ and remanded him to the custody of the United States marshal for removal. Following this, Shiekman took this appeal.

After argument of counsel and full consideration had, we find ourselves in accord with the action of the court below. The indictment sufficiently charged a crime and identified Shiekman as a defendant therein.

The additional question is raised in this court that the indictment was not certified by the foreman of the grand jury. That question was not raised in the court below, was not ruled on by it nor exception taken, but, in the interest of justice, we have examined the original indictment, made inquiry, and find the foreman did certify when the indictment was found.

So holding, the order made below is affirmed.

**UNITED STATES FIDELITY GUARANTY CO. v. SHEPHERD.**

No. 8135.

Circuit Court of Appeals, Ninth Circuit.

Jan. 4, 1937.

Ford & Johnson, of San Francisco, Cal., for appellant.

Linforth & Cannon and Jesse H. Miller, all of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel that this cause abide decision in companion cause No. 8134, U. S. Fidelity & Guaranty Co. v. Helm, decided June 30, 1936, 84 F.(2d) 546, rehearing denied September 28, 1936, 85 F.(2d) 865, and it appearing that said judgment in companion cause is now final, ordered judgment of District Court herein reversed, that a judgment be filed and entered accordingly.

*Writ of certiorari denied 57 S. Ct. 431, 81 L. Ed. —.